UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOMEAWAY.COM, INC. and AIRBNB INC., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CITY OF SANTA MONICA, <br><br> Defendant - Appellee. | Nos. 18-55367, 18-55805, 18-55806 <br><br> D.C. Nos. 2:16-cv-06641-ODW-AFM, 2:16-cv-06645-ODW-AFM <br><br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

The amicus brief submitted on May 3, 2019 by Chris Cox and Netchoice is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7